UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 1:09-CR-98-01-PB |
| | ) |
| SIROUS SORAT | ) |

ORDER OF FORFEITURE

1. The defendant, Sirous Sorat, has pleaded guilty to the two-count Information. As part of the defendant's Plea Agreement, he has agreed to forfeit the following:

$4,740,836.00 in United States currency, or substitute property in which the defendant has an interest up to the amount of $4,740,836.00.

2. The United States has requested that this Court enter an Order of Forfeiture which would consist of a personal money judgment against the defendant in the amount of $4,740,836.00, or substitute property in which the defendant has an interest up to the amount of $4,740,836.00.

3. Federal Rule of Criminal Procedure 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the defendant, Sirous Sorat, shall forfeit to the United States the sum of $4,740,836.00.

IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of his sentencing, and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Fed. R. Crim. P. 32.2(e) to amend this Order of Forfeiture to include substitute property having a value not to exceed $4,740,836.00 to satisfy the money judgment in whole or in part; and

IT IS FURTHER ORDERED that in accordance with 21 U.S.C. § 853(m) and Fed. R. Crim. P. 32.2(b)(2), the United States is authorized to undertake whatever discovery may be necessary to identify, locate or dispose of substitute assets to satisfy the money judgment.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to the provisions of Fed. R. Crim. P. 32.2(e).

The Clerk shall send copies of this Order of Forfeiture to the United States Probation Office and counsel for all parties, and shall send two Certified Copies of this Order of Forfeiture to the United States Attorney's Office.

Entered this __14__ day of _May_____, 2009

/s/ Paul Barbadoro
United States District Judge